**Order entered October 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01153-CV

## IN RE NICHOLAS DYESS, Relator

**Original Proceeding from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-09867**

## ORDER
Before Justices Lang-Miers, Fillmore, and Stoddart

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ROBERT M. FILLMORE
        JUSTICE